| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>MATTHEW P. DE MOURA<br>Special Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |  |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A BLACK HONDA CIVIC, WITH CALIFORNIA LICENSE PLATE 8VND213 AND VIN 2HGFC2F84MH544577 | CASE NO. 2:22-sw-0815 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

# **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court, except that that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office.  The United States Attorney's Office is permitted to share these documents with defense counsel and others as necessary to comply with its discovery obligations.  These documents may be served by Special Agents and other investigative and law enforcement officers of the Drug Enforcement Administration, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the

/ / /

supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant, and for use in investigation and prosecution.

Dated: 11/04/22

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE