PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 11, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NO: |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-317-6607 | 2:22-SW-00700-JDP |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-317-6607 | 2:22-SW-00840-CKD |
| A BLACK HONDA CIVIC, WITH CALIFORNIA LICENSE PLATE 8VND213 | 2:22-SW-00815-KJN |
| A DARK GREEN DODGE CHARGER, WITH CALIFORNIA LICENSE PLATE 9BIE760 AND VIN 2C3CDXHG3NH141616 | 2:22-SW-00816-KJN |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated:  October 11, 2023

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS